# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **JOSE LUIS DAZA-VALENZUELA,** | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | )  2:09-cv-01363-RDP-JEO |
| | ) |
| **MICHAEL MUKASEY, et al.,** | ) |
| | ) |
| Respondents. | ) |

## MEMORANDUM OPINION

Petitioner, Jose Luis Daza-Valenzuela, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Therein he assets that he repeatedly has been denied bond pending his repatriation to Columbia, South America.

On March 16, 2010, Respondents filed a motion to dismiss this action as moot premised upon Petitioner's removal from the United States and his repatriation to Columbia on November 23, 2009. (Doc. 13 at ¶ 2). Therefore, Respondents assert that there is no longer a case or controversy between the parties. Petitioner has filed nothing in opposition to the motion to dismiss.

The court agrees with Respondents. Petitioner's removal from the United Stats and his repatriation to Columbia has rendered this matter **MOOT**. Accordingly, this action is due to be dismissed. An appropriate order will be entered.

**DONE** and **ORDERED** this      26th      day of March, 2010.

                                                                     _____
                                                                     **R. DAVID PROCTOR**
                                                                     UNITED STATES DISTRICT JUDGE